In the Matter of the Application of Joshua D. Budd, Respondent, for an Order of Mandamus against L. Barron Hill, District Attorney of Suffolk County, and Sherburne P. Sweetland, Appellants.— Order of peremptory mandamus reversed on the law and not in the exercise of discretion, without costs, and the petition dismissed, without costs. The appeal, in so far as it purports to bring up for review the denial of the motion to set aside the verdict and the motion for a new trial, is dismissed. There is no such order in the record. We are of opinion that the verdict, which in effect determined that the petitioner occupied a permanent position as investigator in the office of the district attorney, has no support in the evidence. Lazansky, P. J., Young, Hagarty, Carswell and Taylor, JJ., concur.

In the Matter of the Application of Sol Douglas, Petitioner, for a Certiorari Order against Frank F. Adel, a Justice of the Supreme Court of the State of New York, Respondent.— Determination of the respondent adjudging the petitioner guilty of a criminal contempt of court, committed in the immediate view and presence of the court, and imposing a fine of $250, and in default thereof committing him to jail for thirty days, unanimously confirmed, with fifty dollars costs and disbursements to respondent, and certiorari proceeding dismissed. The return and the mandate clearly show that the petitioner's behavior was disorderly, contemptuous and insolent and that he was guilty of contempt as defined in the statute. He was impertinent to the court and defiant of its authority and conducted himself in a manner so as to impair the respect due to its authority. We are not impressed with petitioner's protestations that he meant no disrespect, but believe his conduct was willful and deliberate. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.